# In the United States Court of Federal Claims

No. 05-856 C
(Filed September 30, 2005)

******************************
KEEWATIN APARTMENTS, *
a General Partnership, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
******************************

**ORDER**

On September 30, 2005, parties filed a Joint Motion for a Stay of Proceedings. Plaintiff and defendant request a stay of further proceedings in this matter until fourteen days after the conclusion of ADR proceedings in several related cases.[1/]

---

[1/] These cases are: *Grass Valley Investment Group I v. United States*, No. 04-1284C; *Diamond Springs Investment Group II v. United States*, No. 04-1302; *Weaverville Investment Group I v. United States*, No. 04-1320C; *Hollister Investment Group II v. United States*, No. 04-1297C; *Ramona Investment Group II v. United States*, No. 04- 1259C; *Pixley Investment Group v. United States*, No. 04-1315C; *Brawley I Investment Group v. United States*, No. 04-1287; and *Brawley II Investment Group v. United States*, No. 04-1305C; *Windsor Greens v. United States*, No. 05-630C; *Rudolf Square v. United States*, No. 05-635C; *Ridgeway Court II v. United States*, No. 05-636C; *Ridgeway Court I v. United States, No. 05-637C*; *Poplar Drive Court v. United States*, No. 05-638C; *Ashland Apartments Limited v. United States*, No. 05-651C; *Maple River Manor v. United States*, No. 05-662C; *Ridge Manor Apartments v. United States*, No. 05-656C; and *Riverside Apartments of Princeton v. United States*, No. 05-667C; *Auburn Investment Group v. United States*, No. 04-1264C; *Seeley Investment Group v. United States*, No. 04-1293C; *Los Banos Garden Apartments II v. United States*, No. 04-1311C; *Brandli v. United States*, No. 04-1710C; *GLS Limited Partnership #6 v. United States*, No. 05-623C; *Clay Housing v. United States*, No. 05-645C; *HDMD Properties - Redfield v. United States*, No. 05-660C; *Pheasant Ridge Apartments v. United States*, No. 05-665C.

Accordingly, it is **ORDERED** that proceedings are **STAYED** until fourteen days after the conclusion of ADR in related cases at which time parties shall file a status report(s).

s/ James F. Merow
James F. Merow
Senior Judge