**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

KEEWATIN APTS., A
GENERAL PARTNERSHIP,

Plaintiff, **Case No. 05-856**
**(Judge Merow)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL**

Plaintiff, Keewatin Apts., a General Partnership, and defendant, the United States, hereby stipulate, pursuant to rule 41(a)(1) of the Rules of the United States Court of Federal Claims, that plaintiff's claims are voluntarily dismissed without prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402

PETER D. KEISLER
Assistant Attorney General

**s/ Jeanne E. Davidson**

JEANNE E. DAVIDSON
Acting Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.

Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 20, 2007

**Filed Electronically with the consent of the Attorney for Defendant**

Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*